JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDI GIRGIS,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>JOE A. LIZARRAGA,<br><br>　　　　　Respondent. | Case No. SACV 18-1706-JLS (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: 03/12/2020

　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　United States District Judge